

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

## ORDER ON MOTION

Cause Number:    01-11-00701-CV

Trial Court Cause
Number:    11DCV187301

Style:    Glenn Blair

    **v** Angela McClinton

Date motion filed[*]:    August 27, 2013

Type of motion:    Motion to produce evidence

Party filing motion:    Appellant, Glenn Blair

Document to be filed:

Is appeal accelerated? ☐ YES    ☒ NO

Ordered that motion is:

    ☐  Granted

        If document is to be filed, document due: _____

        ☐ Absent extraordinary circumstances, the Court will not grant additional motions to extend time

    ☒  Denied

    ☐  Dismissed (*e.g.*, want of jurisdiction, moot)

    ☐  Other: _____

Judge's signature: /s/ Evelyn V. Keyes
        ☒ Acting individually    ☐ Acting for the Court

Panel consists of  Justices Keyes, Sharp, and Huddle.

Date: October 1, 2013